Good morning. We have some admissions of law clerks, and I'll start with Adam Perlin, Judge Cowen's clerk. Adam, would you come on up? It's my pleasure to introduce my law clerk this year, Adam Perlin, and I'm recommending him for membership in the Third Circuit Bar. He is an outstanding student, honors student at the University of Pennsylvania, and he has stood up under the rigors of a clerkship with me. Now, that's the good part. There's a bad part. Under the Code of Professional Responsibility, you've got to cite to the court good things and whatever is against you. And I want to report to you that on a number of occasions, this law clerk has had the temerity to disagree with me on the disposition of cases. And upon further research, I found that he was correct that I was in error. So the question presented in this admission, Honorable Court, is do we want to have lawyers who are members of this bar who think they know more law than the judge sitting on the bench? And I leave that question to you. I have no opinion. I'm just glad that there are people who disagree with me. Welcome. We're glad to have you. Hope you come back soon. And if you do, we'll leave the red light off. Thank you. Thank you. You are. And then, Keith, you want to administer the oath? Or do you want to do it all together? Do it in one fell swoop. We'll do it all together. Okay. I would ask if my four law clerks would come on up. Swift, Edgar, Ben Grunewald, Albert Leachy, and Daniel Rosenthal. I must tell you, I usually kid around, as you guys know, I do in the office. But I'm not going to do that today. It is a privilege having each of you with me this year. I couldn't do it without you by any stretch of the imagination. And it's just fun to be with you. I hope that you do come back and at some point argue cases before us. But whatever you do may give you purpose and meaning in your life. And I would move the admission of these four persons before this court. I so move. Great. I vote aye. Keith, why don't you administer the oath? Congratulations. You're welcome. You're welcome.